Joseph Russo, an Infant, by Louis Russo, His Guardian ad Litem, and Louis Russo, Individually, Respondents, v. Zopito Acerbo, Appellant.— Judgment and

* Revd., 260 N. Y. 162.

order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.